UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------- X
IVAN GINDEA,

                    Plaintiff,

      -against-

MAIDENBERG STEEL CORP.,
LONGHORN CORP., MOSHE
MAIDENBERG and MATAN
MAIDENBERG,

                    Defendants.
----------------------------------------------------------- X

**ORDER**
18 CV 6493 (WFK) (CLP)

**POLLAK**, Chief United States Magistrate Judge:

      On October 14, 2020, Brett Schatz, Esq., counsel for plaintiff Ivan Gindea, filed a motion to withdraw as counsel. (Mot.[1]). Given the District Judge's order granting counsel's motion and staying all further proceedings to allow Plaintiff time to obtain new counsel, this Court hereby adjourns the conference previously scheduled for October 15, 2020 to allow Mr. Gindea time to obtain new counsel.

      Plaintiff has until <u>December 17, 2020</u> to find new counsel or inform the court he plans to proceed <u>pro se</u>. Mr. Gindea is also welcome to contact the Federal Pro Se Legal Assistance Project at 212-382-4729 for assistance.

      The Court will hold a status conference on December 17, 2020, via AT&T Conference call. To join the conference, please dial the phone number below, and enter the security code and access code when prompted.

---

[1] Citations to "Mot." refer to the motion to withdraw as counsel, filed October 14, 2020, ECF No. 26.

1

|  |  |
|---|---|
| DATE: | **December 17, 2020** |
| TIME: | **10:45 a.m.** |
| PHONE NUMBER: | 877-336-1839 |
| ACCESS CODE: | 380-1746 |
| SECURITY CODE: | 18-6493 |

Again, please dial 877-336-1839 on December 17, 2020 at 10:45 a.m. to join the conference.

The Court directs Mr. Schatz to demonstrate proof of service of this Order upon his former client by October 19, 2020.

**SO ORDERED.**

Dated: Brooklyn, New York
October 15, 2020

/s/ Cheryl L. Pollak
Cheryl L. Pollak
Chief United States Magistrate Judge
Eastern District of New York