UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
IVAN GINDEA,

                  Plaintiff,

    -against-

MAIDENBERG STEEL CORP.,                       **ORDER**
LONGHORN CORP., MOSHE                        18 CV 6493 (WFK) (CLP)
MAIDENBERG and MATAN
MAIDENBERG,

                  Defendants.
-------------------------------------------------------------- X

**POLLAK**, Chief United States Magistrate Judge:

       On October 15, 2020, the Court scheduled a status conference in this case. Brett Schatz, Esq., former counsel for plaintiff Ivan Gindea, was Ordered to demonstrate proof of service of the Order upon his former client by October 19, 2020. To date, no such proof has been entered. Counsel is directed to notify the Court as to whether Mr. Gindea has been served with the Order.

       The status conference previously scheduled for December 17, 2020, is adjourned. The Court will hold a status conference on February 9, 2021, via AT&T Conference call. To join the conference, please dial the phone number below, and enter the security code and access code when prompted.

| | |
|---|---|
| DATE: | **February 9, 2021** |
| TIME: | **10:15 a.m.** |
| PHONE NUMBER: | 877-336-1839 |
| ACCESS CODE: | 380-1746 |
| SECURITY CODE: | 18-6493 |

1

2

Again, please dial 877-336-1839 on February 9, 2021 at 10:15 a.m. to join the conference.

The Court directs Mr. Schatz to demonstrate proof of service of this Order upon his former client by December 18, 2020.

**SO ORDERED.**

Dated: Brooklyn, New York
December 10, 2020

/s/ Cheryl L. Pollak
Cheryl L. Pollak
Chief United States Magistrate Judge
Eastern District of New York