# Certificate of Service

I, Brett Schatz, Esq. an attorney duly admitted to practice law in the United States District Court Eastern District of New York, certify that on December 18th, 2020 I served:

1. A copy of the courts October 15th, 2020 Order scheduling a December 17th, 2020 conference and granting Mr. Ivan Gindea until December 17th, 2020 to find new counsel; and

2. A copy of the courts December 10th, 2020 Order adjourning the status conference scheduled for December 17th, 2020 to February 9th, 2021;

by regular mail upon Plaintiff Ivan Gindea at his home located at:

Ivan Gindea
2077 East 12th St. Apt. D10
Brooklyn, NY 11229

December 18, 2020

By: _____
Brett Schatz, Esq.
Law Office of Brett M. Schatz   PC
1345 6th Avenue, 2nd Floor
New York, NY 10105
Tel: (212) 631-7463
Fax: (646) 786-3325