# LAW OFFICE OF BRETT M. SCHATZ PC

1345 Avenue of the Americas, Second Floor
New York, NY 10105
Tel: 212-631-7463
Fax: 646-786-3325

December 18, 2020

Via: ECF

Honorable Judge Cheryl L. Pollak
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:    **Caption:** Ivan Gindea vs. Maidenberg Steel Corp. Et. Al.
       **Docket #:** 18-CV-06493 (WFK)(CLP)

Dear Judge Pollack,

I write to provide a status update on this case. I apologize for the oversight of failing to serve Plaintiff with the courts October 15th, 2020 Order. I have served Plaintiff with the order today and have filed an affidavit of service with the court.

I would like to inform the court the Plaintiff has retained the law firm of Elefterakis Elefterakis & Panek to represent him in this action.

I have been in contact with new counsel and requested they file notice of appearance next week. Thanks.

Very truly yours,

Brett Schatz, Esq.
1345 Avenue of the Americas,
Second Floor
New York, NY 10105
Tel: 212-631-7463
Cell: 917-601-1852
Fax: 646-786-3325
bschatz@bmsfirm.com