# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IVAN GINDEA and JOSE ARMANDO SANTIBANEZ SANCHEZ,<br><br>      Plaintiffs,<br><br>v.<br><br>MAIDENBERG STEEL CORP., LONG HORN CORP., MOSHE MAIDENBERG and MATAN MAIDENBERG,<br><br>      Defendants. | **STIPULATION AND ORDER OF DISMISSAL**<br><br>**18 CV 6493 (JRC)** |

**WHEREAS**, the parties have reached a settlement agreement and now desire the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, that

1. The above-referenced action is hereby dismissed with prejudice; and

2. Notwithstanding the dismissal of this action in accordance with the settlement agreement the District Court shall continue to retain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the settlement agreement reached between the parties and executed by the parties and filed at DE #43-1.

3. This stipulation may be executed in counterparts, each of which shall be an original and all of which, when taken together, shall constitute a single stipulation.

Dated:   February 24, 2022
         New York, New York


**ELEFTERAKIS, ELEFTERAKIS & PANEK**

_____
Baree N. Fett
Elefterakis, Elefterakis & Panek
80 Pine Street, 38th Floor
New York, New York 10005
bfett@eeplaw.com
*Attorneys for plaintiffs*

**Raab, Sturm & Ganchrow LLP**

*Ira A. Sturm*
_____
Ira A. Sturm
2125 Center Avenue, Suite 100
Fort Lee, New Jersey 07024
isturm@rsgllp.com
*Attorneys for defendants
Moshe Maidenberg & Maidenberg Steel Corp.*

**Malvina Lin P.C.**

*Malvina Lin*
_____
Malvina Lin
1203 Avenue J, Suite 4B
Brooklyn, NY 11230
Malvina@malvinalaw.com
*Attorneys for defendants
Matan Maidenberg & Long Horn Corp.*

**SO ORDERED:**

_____
HON. JAMES R. CHO
UNITED STATES MAGISTRATE JUDGE


Dated: _____, 2022