# EXHIBIT A

Check number: 1530  |  Amount: $2,625.00

Check number: 1653   |   Amount: $2,625.00

# BANK OF AMERICA

MAT STEEL CORP.  |  Account # ████████8033  |  June 1, 2022 to June 30, 2022

## Check Images

**Account number:** ████████8033
Check number: 1706  |  Amount: $2,625.00

# BANK OF AMERICA

MAT STEEL CORP.   |   Account # ▉▉▉▉ 8033   |   August 1, 2022 to August 31, 2022

## Check images

**Account number:** ▉▉▉▉ 8033
Check number: 1727   |   Amount: $2,625.00

Check number: 2037  |  Amount: $10,500.00