# EXHIBIT B

# TD Bank
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

ANAT MAIDENBERG

| | |
|---|---|
| Page: | 3 of 4 |
| Statement Period: | Oct 26 2022-Nov 25 2022 |
| Cust Ref #: | 4362880960-631-T-### |
| Primary Account #: | ████████████ |

## DAILY ACCOUNT ACTIVITY

### Other Credits

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 11/03 | CREDIT, | 8.07 |
| | PERKS NSF RETRY FEE CLASS ACTION. FOR MORE INFORMATION CALL 1-800-274-6605 OR VISIT WWW.RETRYNSFFEESSETTLEMENT.COM | |
| 11/25 | INTEREST PAID | 0.25 |
| | Subtotal: | 8.32 |

### Checks Paid

No. Checks: 21    *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT | DATE | SERIAL NO. | AMOUNT |
|---|---|---|---|---|---|
| 11/10 | 452 | 110.00 | 11/07 | 509 | 19.95 |
| 11/23 | 453 | 1,645.28 | 11/08 | 511* | 200.00 |
| 11/09 | 487* | 263.46 | 11/04 | 513* | 30.07 |
| 11/07 | 491* | 73.00 | 11/07 | 514 | 25.00 |
| 10/26 | 496* | 60.00 | 11/04 | 516* | 250.00 |
| 10/31 | 497 | 63.00 | 11/08 | 517 | 200.00 |
| 10/31 | 500* | 100.00 | 11/01 | 518 | 1,033.60 |
| 10/28 | 505* | 202.22 | 11/17 | 527* | 100.00 |
| 10/26 | 506 | 2,400.00 | 11/17 | 531* | 100.00 |
| 10/31 | 507 | 2,625.00 | 11/18 | 533* | 200.00 |
| 11/04 | 508 | 130.00 | | | |
| | | | | Subtotal: | 9,830.58 |

### Electronic Payments

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/26 | ELECTRONIC CK PMT-ARC, BRIGHT HOUSE CHECKPMT 0495 | 64.99 |
| 10/26 | ELECTRONIC CK PMT-ARC, BARCLAYCARD US CREDITCARD 0499 | 100.00 |
| 10/27 | DEBIT CARD PURCHASE, *****30134006329, AUT 102622 VISA DDA PUR CITY OF PORT ORANGE H O    PORT ORANGE   * FL | 175.00 |
| 10/27 | DEBIT CARD PURCHASE, *****30134006329, AUT 102622 VISA DDA PUR USPS CHANGE OF ADDRESS    800 238 3150 * TN | 1.10 |
| 10/27 | DEBIT CARD PURCHASE, *****30134006329, AUT 102622 VISA DDA PUR DOMIDOCS  HOMELOCK     WWW DOMIDOCS * FL | 199.00 |
| 10/31 | ELECTRONIC CK PMT-ARC, DISCOVER ARC PAYMENTS 501 | 500.00 |
| 11/01 | ELECTRONIC CK PMT-ARC, SP SERVICING MRTG PMT 0485 | 2,291.75 |
| 11/01 | ELECTRONIC CK PMT-ARC, CREDIT ONE BANK PAYMENT 0498 | 50.00 |
| 11/02 | ELECTRONIC CK PMT-ARC, CITICARD PAYMENT CHECK PYMT 512 | 200.00 |
| 11/07 | ELECTRONIC CK PMT-ARC, FIRST DATA-SANTA CHECK PYMT 0519 | 945.29 |
| 11/08 | ELECTRONIC CK PMT-ARC, CAPITAL ONE ARC CHECK PYMT 0515 | 100.00 |
| 11/08 | ELECTRONIC PMT-WEB, PAYPAL INST XFER ****348654357 | 146.00 |
| 11/08 | ELECTRONIC CK PMT-ARC, CHASE CREDIT CRD CHECK PYMT ****00000000510 | 100.00 |

ANAT MAIDENBERG

| | |
|---|---|
| Page: | 3 of 4 |
| Statement Period: | Sep 26 2022-Oct 25 2022 |
| Cust Ref #: | 4362880960-631-T-### |
| Primary Account #: | ▉▉▉▉▉▉▉ |

## DAILY ACCOUNT ACTIVITY

### Deposits

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/07 | DEPOSIT | 10,000.00 |
| 10/11 | DEPOSIT | 1,940.00 |
| 10/24 | DEPOSIT | 500,197.41 |
| 10/25 | MOBILE DEPOSIT | 837.76 |
| 10/25 | DEPOSIT | 23,000.00 |
| | Subtotal: | 535,975.17 |

### Other Credits

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/25 | CREDIT, 2698100491NC<br>ADJ 2698100491 POSTING ERROR | 830.00 |
| 10/25 | INTEREST PAID | 0.37 |
| | Subtotal: | 830.37 |

### Checks Paid

No. Checks: 23    *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT | DATE | SERIAL NO. | AMOUNT |
|---|---|---|---|---|---|
| 09/29 | 450 | 73.32 | 10/03 | 484* | 500.00 |
| 10/12 | 451 | 830.00 | 10/11 | 486* | 100.00 |
| 10/13 | 451* | 524.00 | 10/13 | 494* | 563.45 |
| 10/06 | 470* | 200.00 | 10/19 | 504* | 500.00 |
| 10/12 | 471 | 19.95 | 10/03 | 630* | 592.90 |
| 10/04 | 473* | 303.58 | 09/26 | 635* | 7.38 |
| 10/06 | 474 | 9.88 | 10/03 | 640* | 250.00 |
| 10/11 | 475 | 100.00 | 09/26 | 642* | 63.00 |
| 10/04 | 478* | 1,100.00 | 09/28 | 644* | 32.64 |
| 10/11 | 479 | 200.00 | 10/25 | 647* | 2,625.00 |
| 10/04 | 480 | 350.00 | 09/28 | 648 | 2,400.00 |
| 10/11 | 481 | 200.00 | | | |
| | | | | Subtotal: | 11,545.10 |

### Electronic Payments

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 09/26 | ELECTRONIC CK PMT-ARC, TJ MAXX MC CHECK PYMT 0637 | 51.19 |
| 09/26 | ELECTRONIC CK PMT-ARC,<br>CHASE CREDIT CRD CHECK PYMT ****00000000643 | 200.00 |
| 09/30 | ELECTRONIC CK PMT-ARC, DISCOVER ARC PAYMENTS 639 | 1,000.00 |
| 10/03 | ELECTRONIC CK PMT-ARC, BARCLAYCARD US CREDITCARD 0638 | 250.00 |
| 10/04 | ELECTRONIC CK PMT-ARC, CREDIT ONE BANK PAYMENT 0641 | 100.00 |
| 10/06 | ELECTRONIC CK PMT-ARC, CAPITAL ONE ARC CHECK PYMT 0482 | 100.00 |